UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| DARRAN BOSTON, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 4:20-cv-00426-SEP |
| | ) | |
| EILEEN RAMEY, | ) | |
| | ) | |
| Respondent. | ) | |

## MEMORANDUM AND ORDER

This matter comes before the Court on the motion of Petitioner Darran Boston for leave to commence this civil action without prepayment of the required filing fee. (Docket No. 2). Upon review of the financial information submitted in support, the Court finds that the motion should be granted. *See* 28 U.S.C. § 1915.

Accordingly,

**IT IS HEREBY ORDERED** that Petitioner's Motion for Leave to Proceed in Forma Pauperis (Docket No. 2) is **GRANTED**.

Dated this ⎯⎯25th⎯⎯ day of ⎯March⎯, 2020.

*Sarah E. Pitlyk*
⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
SARAH E. PITLYK
UNITED STATES DISTRICT JUDGE